UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DINA J. FIGGS,

          Plaintiff,

-vs-                                            Case No. 5:10-cv-478-Orl-18KRS

MICHAEL J. ASTRUE, Commissioner of Social
Security,

          Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Clerk of the Court is directed to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) **AFFIRMING** the Commissioner's decision. After entry of judgment, the Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this _7_ day of November, 2011.

                                                        G. KENDALL SHARP
                                                        Senior United States District Judge

Copies to:

Counsel of Record